IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHIRLEY WHITE, As Wrongful Death
Beneficiary of KEITH PERKINS, DECEASED          PLAINTIFF

VS.                                             CAUSE NO. 2:09-CV-161-P-S

WEXFORD HEALTH SOURCES, INC.
and TUNICA COUNTY, MISSISSIPPI                  DEFENDANTS

## ORDER GRANTING STAY

The named individual Defendant herein has asserted qualified immunity.[15 & 16]. *Local Rule* 26.1(A)(10) provides that "filing of an immunity defense motion shall stay all discovery not relevant to the immunity issue and stay the parties' obligation to make further disclosures pending the Court's ruling on the motion issue, including any appeal." Tunica County has raised immunity by separate motion as required by *Local Rule* 16(B)(4).[17]

**IT IS THEREFORE, ORDERED** that all proceedings in this case shall be stayed, and no discovery shall commence unless it is directed to the issue of immunity as to Tunica County.

**SO ORDERED**, this the 23rd day of March, 2010.

/s/David A. Sanders
United States Magistrate Judge