**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

SHIRLEY WHITE, As Wrongful Death
Beneficiary of KEITH PERKINS

VS.                                    CAUSE NO. 2:09-CV-161-P-S

WEXFORD HEALTH SOURCES, INC.
and TUNICA COUNTY, MISSISSIPPI

**ORDER STAYING CASE**

This matter is before the court motion of the defendant, Wexford Health Sources, Inc., to stay all proceedings (# 36). Rule 16(b)(3) of the Uniform Local Rules provides in part:

> (B) Filing of an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the immunity issue pending the court's ruling on the motion issue, including any appeal.
>
> (C) At the time the immunity defense or jurisdictional defense motion is filed, the moving party must submit to the magistrate judge a proposed order granting the stay but permitting discovery relevant only to the defense raised in the motion.
>
> (D) The plaintiff must promptly notify the magistrate judge of a decision on the motion and must submit a proposed order lifting the stay. Within fourteen days of the order lifting the stay, the parties must confer in accordance with L.U. Civ. R. 26(c), and all other deadlines will be determined accordingly.

In the instant case, an order staying the case as to Tunica County was entered on March 23, 2010 (#29). The court now stays the present action as to all parties.

IT IS, THEREFORE, ORDERED that all proceedings in this case shall be stayed, and no discovery shall commence unless it is directed to the issue of immunity.

SO ORDERED, this the 6th day of May, 2010.

/s/David A. Sanders
U.S. Magistrate Judge