# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

SHIRLEY WHITE, As Wrongful Death
Beneficiary of KEITH PERKINS, DECEASED                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 2:09CV161-P-S

WEXFORD HEALTH SOURCES, INC. and
TUNICA COUNTY, MISSISSIPPI                              DEFENDANTS

## ORDER

This cause is before the Court on the plaintiff's Rule 56(f) Motion for Discovery [39]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. Plaintiff is hereby granted leave to conduct discovery for a period of ninety (90) days as may be necessary to respond to Tunica County's dispositive motion insofar as it relates to plaintiff's § 1983 claim against said defendant. Plaintiff's response and memorandum brief are to be filed within ten (10) days after the conclusion of limited discovery.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Rule 56(f) Motion for Discovery [39] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the plaintiff is hereby granted leave to conduct discovery for a period of ninety (90) days from the entry of this Order. IT IS FURTHER ORDERED that the plaintiff is to file her response and memorandum brief in opposition to defendant's pending motion for summary judgment within ten (10) days after the conclusion of discovery.

SO ORDERED, this the 17th day of June.


                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE