IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHIRLEY WHITE, as Wrongful Death
Beneficiary of KEITH PERKINS, DECEASED                                PLAINTIFF

v.                                                          NO. 2:09-CV-00161-GHD-JMV

WEXFORD HEALTH SOURCES, INC.,
and TUNICA COUNTY, MISSISSIPPI                                        DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant Wexford Health Sources, Inc.'s motion for immunity and corresponding partial summary judgment [34] is DENIED; and

(2) Plaintiff's motion for leave to file supplemental brief in opposition to Wexford's motion for immunity and for a corresponding partial summary judgment [65] is DENIED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 21st day of June, 2012.

_____
SENIOR JUDGE