IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHIRLEY WHITE, As Wrongful Death
Beneficiary of KEITH PERKINS, DECEASED                    PLAINTIFF

VS                                          CAUSE NO.: 2:09-CV-00161-GHD-JMV

WEXFORD HEALTH SOURCES, INC.
and TUNICA COUNTY, MISSISSIPPI                            DEFENDANTS

## CORRECTED JUDGMENT DISMISSING
## DEFENDANT TUNICA COUNTY, MISSISSIPPI

The Court enters this Judgment in order to correct the caption of Document Number 72 entered on July 23, 2012 [72].

Pursuant to the opinion issued on July 23, 2012, it is hereby ORDERED AND ADJUDGED that

(1) Defendant Tunica County, Mississippi's Motion for Immunity and Summary Judgment [25] is GRANTED;

(2) Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, all of Plaintiff's claims asserted against Tunica County, Mississippi, including her state law claims and her 42 U.S.C. § 1983 claim, are DISMISSED; and

(3) All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

The Plaintiff's claims against the Defendant Wexford Health Sources, Inc. remain viable.

SO ORDERED AND ADJUDGED, this, the 27 day of July, 2012.

_____
SENIOR JUDGE