IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHIRLEY WHITE, As Wrongful Death
Beneficiary of KEITH PERKINS, DECEASED                                    PLAINTIFF

v.                                                                        2:09-CV-00161-GHD-JMV

WEXFORD HEALTH SOURCES, INC.                                              DEFENDANT

**CONSOLIDATED WITH**

SHIRLEY WHITE, As Wrongful Death
Beneficiary of KEITH PERKINS, DECEASED                                    PLAINTIFF

v.                                                                        2:09-CV-00162-GHD-JMV

CHRISTOPHER EPPS, Individually and
in His Official Capacity and GLORIA M. PERRY, M.D.,
Individually and in Her Official Capacity                                 DEFENDANTS

### ORDER GRANTING DEFENDANT'S MOTION TO EXCEED
### L.U. CIV. P. 7(b)(5) PAGE LIMITATION

Presently before the Court in this consolidated action is Defendant Wexford Health Sources, Inc.'s motion to exceed [171 in 2:09-CV-161] the page limitation set forth in Local Uniform Civil Rule 7(b)(5). Defendant requests a total of forty-four pages for the original and rebuttal briefs in support of its motion to exclude expert testimony by Bernard Michlin, M.D. [140 in 2:09-CV-161] and a total of thirty-seven pages for the original and rebuttal briefs in support of its motion for summary judgment [142 in 2:09-CV-161]. Upon due consideration, the Court finds that the motion should be granted.

ACCORDINGLY, it is HEREBY ORDERED that Defendant's motion to exceed [171 in 2:09-CV-161] the page limitation set forth in Local Uniform Civil Rule 7(b)(5) is GRANTED; Defendant is hereby granted a total of forty-four pages for the original and rebuttal briefs in support of its motion to exclude expert testimony by Bernard Michlin, M.D. [140 in 2:09-CV-

161] and a total of thirty-seven pages for the original and rebuttal briefs in support of its motion for summary judgment [142 in 2:09-CV-161].

It is SO ORDERED, this, the 22nd day of May, 2013.

_____
SENIOR JUDGE