IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHIRLEY WHITE, As Wrongful Death
Beneficiary of KEITH PERKINS, DECEASED            PLAINTIFF

Vs.            CAUSE NO. 2:09CV161-GHD-JMV

WEXFORD HEALTH SOURCES, INC.            DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

ON THIS DATE plaintiff, Shirley White, and defendant, Wexford Health Sources, Inc., appeared before the court, by and through counsel, and announced that they had compromised, resolved and settled all actual and potential claims that exist herein by the payment of a certain sum of money to plaintiff, which sum was accepted in full compensation, settlement, and satisfaction of any and all claims, losses, and damages which have been asserted herein by plaintiff or which plaintiff could have claimed, alleged, or sought to establish herein, and thus with the parties consenting hereto:

It is, therefore, ADJUDGED and ORDERED that plaintiff, Shirley White, shall have of and recover nothing further by this action, and that this lawsuit, along with any and all claims raised, asserted or advanced herein against defendant, Wexford Health Sources, Inc., as well as any and all claims which plaintiff could have raised, asserted, or advanced herein against defendant, Wexford Health Sources, Inc., shall be, and they are hereby, fully and finally dismissed with prejudice, with each party to bear their own costs, including attorneys' fees.

ADJUDGED AND ORDERED on this the 16th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

/s/ Jim D. Waide, III
Jim D. Waide, III
Waide & Associates, P.A.
P.O. Box 1357
Tupelo, MS 38802
Attorney for Plaintiff, Shirley White

/s/ Luther C. Fisher, IV
Luther C. Fisher, IV
Luke Fisher Law
P.O. Box 3090
1109 Van Buren Avenue
Oxford, MS 38655
Attorney for Plaintiff, Shirley White

/s/ John Booth Farese
John Booth Farese
Farese Farese & Farese
P.O. Box 98
Ashland, MS 38603-0098
Attorney for Plaintiff, Shirley White

/s/ Mary Austin Monteith
Mary Austin Monteith
Austin Law Firm, P.A.
6928 Cobblestone, Suite 100
Southaven, MS 38672
Attorney for Plaintiff, Shirley White

/s/ Joseph A. O'Connell
Joseph A. O'Connell
Bryan Nelson, P.A.
P.O. Drawer 18109
Hattiesburg, MS 39402
Attorney for Defendant, Wexford
Health Sources, Inc.